IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD KUHNS,<br><br>　　　　　　　Defendant. | Case No. 21-06013-01-CR-SJ-JAR |

MOTION TO UNSEAL THE
INDICTMENT RETURNED ON OCTOBER 5, 2021

COMES NOW, the United States of America, by the undersigned counsel, and moves to Unseal the Indictment returned on October 5, 2021.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Teresa A. Moore
　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　By　　/s/ Joseph M. Marquez
　　　　　　　　　　Joseph M. Marquez
　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　Charles Evans Whittaker Courthouse
　　　　　　　　　　400 East Ninth Street, Fifth Floor
　　　　　　　　　　Kansas City, Missouri　64106-2149
　　　　　　　　　　Telephone:　(816) 426-3122